

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2023

No. 04-23-00699-CV

**IN RE KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC.**

Original Proceeding[1]

**ORDER**

On July 27, 2023, Relator filed a petition for writ of mandamus and an emergency motion to stay the underlying suit. We denied the stay, and we requested a response. Real Party in Interest filed a response, and Relator filed a reply. Because the complained of order was facially self-contradictory, we remanded the cause and ordered the trial court to file an amended order.

We reinstate this original proceeding. Having considered the petition, response, reply, and record, including the amended order, we conclude Relator is not entitled to the relief sought. Accordingly, Relator's petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on November 1, 2023.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017-CI-05873, styled *Thompson Business Forms, Inc. v. Konica Minolta Business Solutions U.S.A., Inc.*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.